DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

|  |  |  |
|---|---|---|
| Luis Enrique Mejía López | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) ) | Civil Action No. 16-CV-1576 (FAB) |
| Ariel Rivas d/b/a Ariel Rivas Music; et al. | ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Ariel Rivas d/b/a Ariel Rivas Music
90 Carr 165 Centro Int'l de Mercadeo, Guaynabo, Puerto Rico 00965

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Roberto Sueiro Del Valle

170 Tulipan Street, Urb. San Francisco, San Juan, PR 00927

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 03/31/2016

ANTONIO RODRIGUEZ
Deputy Clerk

*Signature of Clerk or Deputy Clerk*